UNITRAC, LLC, Plaintiff–Appellant,

v.

UNITED STATES and Northrop Grumman Systems Corporation, Defendants–Appellees.

No. 2014–5034.

United States Court of Appeals, Federal Circuit.

Jan. 12, 2015.

---

1. The relevant OPM regulation is in accord. *See* 5 C.F.R. § 842.504(a)(1).

Paul J. Hayes, I, Jonathan R. Deblois, Kevin Gannon, Attorneys Hayes Messina Gilman & Hayes, Boston, MA, for Plaintiff–Appellant.

David M. Ruddy, Benjamin S. Richards, Attorneys, John J. Fargo, Director, Department of Justice, Washington, DC, for Defendant–Appellee United States.

Michael A. Oblon, Attorney, Jeffrey N. Eisenstein, Seth H. Locke, Andrew E. Shipley, Perkins Coie, LLP, Washington, DC, for Defendant–Appellee Northrop Grumman Systems Corporation.

Before DYK, REYNA, and WALLACH, Circuit Judges.

## ORDER

PER CURIAM.

IT IS ORDERED THAT:

The judgment of the United States Court of Federal Claims is affirmed on the ground that the statute of limitations in 28 U.S.C. § 2501 bars Unitrac, LLC's claim.